**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEDESMA,<br><br>        Plaintiff,<br><br>  vs.<br><br>GREGORY SISQUEROS, CITY OF<br>INDIO AND DOES 1-10, inclusive,<br><br>        Defendant. | Case No. CV09-07917-JST(JCx)<br><br>ORDER AUTHORIZING PAYMENT OF<br>ATTORNEYS' FEES<br>{CAL PROBATE CODE §§ 3600-3613} |

- 1 -

Petitioner, Gloria Perez, has filed herein her Petition for an Order Approving Compromise of Disputed Claim of Person with a Disability and Order Authorizing Establishment of Special Needs Trust:

Said matter came on regularly for hearing on April 25, 2011 at 10:00AM in 10A of the above-entitled court, located at 411 West Fourth Street, Santa Ana, California, the Honorable Josephine Stanton Tucker, United States Federal District Court Judge, presiding.

**WHEREFORE the Court finds:**

1) All notices have been given as required by law.

2) The allegations contained in the Petitions are true.

3) The settlement of this action against Defendant Officer Siqueiros and City of Indio in the sum of $ 325,000 is hereby approved;

4) The fees and cost reimbursement requested to be paid for representation and legal services rendered to Michelle Ledesma as outlined in the Declaration of Dale K. Galipo are reasonable fees for the services rendered.

5) The fees requested to be paid for preparation of the special needs trust and associated documents are reasonable fees for the services rendered.

6) The Court approves the establishment of a Special Needs Trust for Plaintiff, Michelle Ledesma.

**WHEREFORE, IT IS ORDERED that:**

1) Attorneys fees and costs in the amount of $137,789.56 are approved and awarded to the Law Offices of Dale K. Galipo and Law Offices of Vicki I. Sarmiento;

2) Attorneys fees in the amount of $5,500.00 are approved and awarded to David V. Humphrey of Cosgrove, Cosgrove & Humphrey.

IT IS SO ORDERED.

Dated: April 27, 2011    _____
                          HONORABLE JOSEPHINE STATON TUCKER